**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

RENATO CONHAMAQUES TAVORA,

Petitioner,

v. No. 1:25-cv-01281-MLG-GJF

MARY DE ANDA-YBARRA, Acting Director of El-Paso Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and GEORGE DEDOS, Warden of the Torrance County Detention Facility,

Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE FOURATT'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on Petitioner Renato Conhamaques Tavora's Motion to Enforce Order ("Motion to Enforce"), Doc. 10. Pursuant to the Court's Order of Referral, Doc. 15, Magistrate Judge Gregory J. Fouratt filed his Proposed Findings and Recommended Disposition ("PFRD") on August 11, 2026. Doc. 21. Judge Fouratt recommends denying the Motion to Enforce. *Id.* at 13.

The PFRD notified the parties of their ability to file objections within fourteen days and warned them that failure to timely file objections would waive appellate review. *Id.* Conhamaques Tavora timely objected on August 17, 2026. Doc. 22. Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed de novo the record and all parts of the PFRD to which Conhamaques Tavora objected. Having thoroughly considered the PFRD and Conhamaques Tavora's objections, the Court agrees that (1) Conhamaques Tavora has not established that the immigration judge

presiding over his bond hearing violated the Court's Order, Doc. 8, filed February 13, 2026; and (2) "further weighing of the evidence would violate the jurisdiction-stripping provision of 8 U.S.C. § 1226(e)." *See* Doc. 21 at 12.

Accordingly, the PFRD, Doc. 21, is adopted and the Motion to Enforce, Doc. 10, is denied.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA